HENRY J. MULLEN, Respondent, v. JAMES WALSH and ALICE WALSH, His Wife, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

JAMES NASH, Respondent, v. MASON & HANGER Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. HIGHLAND GRANGE, INC., and GUARANTY TRUST COMPANY, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

NORTHERN BOULEVARD & MAIN REALTY CORPORATION, Appellant, v. RUDOLF LAURENS, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

{. SARAH OLINER, Respondent, v. THE AMERICAN-ORIENTAL BANKING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 212.] The following question is certified: Should the order striking out defendant's answer and directing judgment for plaintiff have been granted? Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

JULIUS PEZENIK and HARRY BRETTHOLZ, in Behalf of Themselves and of All Other Stockholders of MILBROOK REALTY & DEVELOPMENT CORP., Similarly Situated, Respondents, v. ABRAHAM GREENBERG and DAVID ULLMAN, Individually and as Executors and Trustees of the Last Will and Testament of LOUIS ULLMAN, Deceased, and Others, Appellants.— By stipulation the motion has been withdrawn as to respondent Pezenik. Motion for reargument as to respondent Brettholz denied, with ten dollars costs to said respondent. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALLEN F. DIRKES, Appellant.— The notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Carswell.

ALICE RANALLI, as Administratrix, etc., of WILLIAM J. RANALLI, Deceased, Appellant, v. ROBERT H. BREED and CHARLES V. KEATING, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 251 App. Div. 750.] Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

MARGARET RANKIN and Others, Respondents, and THOMAS HOGAN, Plaintiff, v. LOUIS GRANAT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.